Hyman Berman, Appellant, v. Ætna Life Insurance Company, Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

Cornelius P. Gearon, Walter Anderson and Andrew H. Huber, Appellants, v. David T. Layman, Jr., Robert H. Graham, Ralph D. Ward, Benjamin Titman and Central Distributors, Inc., Respondents, Impleaded with Others, Defendants.— Assuming on this record that we might direct final distribution of the assets remaining, we do not think it necessary so to do in view of the stipulation made by the defendants-respondents that, after deduction of proper expenses and upon final termination of this litigation, they will readily do so. We find no error in the record which would require any change in the judgment appealed from. Judgment unanimously affirmed, with costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

Max Abolafia, Respondent, v. Jacob Yomtov, Nissim Yomtov and Morris David, Doing Business as U. S. Kimono Co., Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

James Sheehan, Respondent, v. Samuel Ballin, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

Myron S. Yochelson, Appellant, v. City of New York, Samuel Levy, Individually and as Borough President of the Borough of Manhattan of the City of New York, and John F. Plunkett, Individually and as Superintendent of Public Offices and Buildings in the Borough of Manhattan of the City of New York, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ. [163 Misc. 498.]

The People of the State of New York, on the Complaint of Beatrice J. Bailey, Respondent, v. Donald McDougall, Appellant.— Judgment reversed, the information dismissed, the fine remitted and defendant's license directed to be restored to him, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.; O'Malley, J., dissents and votes to affirm.

Morgan A. Jones, Appellant, v. Cora Lee Maloney, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

In the Matter of the Petition of Daniel Sciscente, Appellant, to Revoke Letters of Administration Heretofore Granted to Angelina Sciscente, Respondent, in the Estate of Nicholas Sciscente, Deceased.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.